# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Richard Wingate, Jr.<br><br>Plaintiff(s),<br><br>vs.<br><br>Andrew M. Saul,<br><br>Defendant(s). | JUDGMENT IN CASE<br><br>5:20-cv-00124-DSC |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 4, 2021 Order.

May 4, 2021

Frank G. Johns, Clerk
United States District Court